UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  ED CV 14-1867-PLA                                                          Date April 18, 2016

Title:  J & J Sports Productions, Inc. v. Laura Alarcon, et al.

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

At the March 22, 2016, Status Conference, plaintiff advised the Court that the matter had settled and that a proposed stipulation and order of dismissal would be submitted to the Court no later than April 1, 2016.  On March 28, 2016, the parties' Stipulation to Dismiss all defendants was stricken for lack of signatures by the individual defendants who were no longer represented by counsel.  On April 1, 2016, the parties' Stipulation to Dismiss all defendants was again stricken, this time for lack of the signature of the corporate defendant's counsel.  No further action has been taken by the parties.  **No later than Monday, April 25, 2016**, plaintiff is ordered to show cause why this case should not be dismissed for failure to follow a Court order.  Filing of the Stipulation of Dismissal with **all required signatures** on or before April 25, 2016, shall be deemed compliance with this Order to Show Cause.

cc:     Thomas P. Riley, Esq.
        Laura Alarcon, pro se
        Jose Alfredo Sanchez, pro se
        Kourosh M. Pourmorady, Esq.

Initials of Deputy Clerk_____ch_____