Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Laura Alarcon, et al.,<br><br>Defendants. | CASE NO. 5:14-cv-01867-PLA<br><br>ORDER GRANTING SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LAURA ALARCON and JOSE ALFREDO SANCHEZ, individually and d/b/a THE BEST TACO; and THE BEST TACO, INC., an unknown business entity d/b/a THE BEST TACO |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants LAURA ALARCON and JOSE ALFREDO SANCHEZ, individually and d/b/a THE BEST TACO; and THE BEST TACO, INC., an unknown business entity d/b/a THE BEST TACO, that the above-entitled action is hereby dismissed **without prejudice**.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 15, 2016, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____       Dated:      April 25, 2016
**Honorable Paul L. Abrams**
**United States Magistrate Judge**

///

///

///

///

///

///

///

///

///

///

///

///

///